**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-6538

ANTONIO SAUNDERS,

              Plaintiff - Appellant,

        v.

MALISSA STEVENS-SAUNDERS; CAPITAL ONE HOME LOANS; JASON
MCKINNEY, Capital One Agent; COUNTRYWIDE HOME LOANS; LAWYERS
TITLE REALTY SERVICE,

              Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:08-cv-00169-LMB-TCB)

Submitted:  May 9, 2008              Decided:  June 6, 2008

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Antonio Saunders, Appellant Pro Se.  Adela Bashir Parvaiz, Travis
Aaron Sabalewski, REED SMITH, LLP, Richmond, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antonio Saunders appeals the district court's order dismissing this civil action for want of subject matter jurisdiction pursuant to 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Saunders v. Stevens-Saunders</u>, No. 1:08-cv-00169-LMB-TCB (E.D. Va. filed Mar. 24, 2008; entered Mar. 27, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>